**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Sergio MONTES–RAMIREZ, a.k.a.**
**Sergio Ramirez, Defendant–**
**Appellant.**

**No. 13–10684.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 25, 2014.*

Filed June 27, 2014.

Lynnette Carleen Kimmins, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Matthew J. McGuire, Patagonia, AZ, for Defendant–Appellant.

Before: HAWKINS, TALLMAN, and NGUYEN, Circuit Judges.

MEMORANDUM ***

Sergio Montes–Ramirez appeals from the district court's judgment and challenges the 12–month sentence imposed following his guilty-plea conviction for reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Montes–Ramirez contends that the district court procedurally erred by basing

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

his sentence on the clearly erroneous factual determination that his prior conviction was a sexual offense. We review for plain error, *see United States v. Valencia–Barragan*, 608 F.3d 1103, 1108 (9th Cir.2010), and find none. The record reflects that the court expressly declined to characterize Montes–Ramirez's prior crime as a sexual offense and imposed the sentence on the basis of Montes–Ramirez's criminal and immigration history.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.